UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| CAROLINE LEE, | No.   2:20-cv-00662-JDP(SS) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | ECF No. 19 |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule and limitations, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to May 3, 2021.

    This is a first extension. Plaintiff's counsel sustained a serious injury to a finger on his left hand requiring ongoing medical appointments and frequent daily exercises, and most importantly reducing him to one-handed typing.

Dated:   April 21, 2021                               /s/    *Jesse S. Kaplan*
                                                      JESSE S. KAPLAN
                                                      Attorney for Plaintiff



                                                      McGREGOR SCOTT
                                                      United States Attorney
                                                      DEBORAH LEE STACHEL
                                                      Regional Counsel, Region IX
                                                      Social Security Administration


Dated:  April 21, 2021                                  */s/ per e-mail authorization*

                                                      MARCELO ILLARMO
                                                      Special Assistant U.S. Attorney
                                                      Attorney for Defendant

**ORDER**

The parties' stipulation is construed as a motion. ECF No. 19. For good cause shown, this motion is granted and plaintiff's time to file a motion for summary judgment brief is extended to May 3, 2021.

IT IS SO ORDERED.

Dated:   April 23, 2021                               _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE