UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| CAROLINE LEE, | No. 2:20-cv-00662-JDP(SS) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Andrew Saul COMMISSIONER OF SOCIAL SECURITY, | ECF No. 21 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule and limitations, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to May 6, 2021.

This is a second extension, requesting three additional days. Plaintiff's counsel sustained a serious injury to a finger on his left hand requiring ongoing medical appointments and frequent daily exercises, and most importantly reducing him to one-handed typing. An intervening brief

with an intractable deadline, plus a hearing, court appearance, and hand therapy appointment cause this slight further delay because all extended writing projects take longer

Dated:   May 2, 2021                                         /s/     *Jesse S. Kaplan*
                                                                JESSE S. KAPLAN
                                                                Attorney for Plaintiff



                                                                McGREGOR SCOTT
                                                                United States Attorney
                                                                DEBORAH LEE STACHEL
                                                                Regional Counsel, Region IX
                                                                Social Security Administration

Dated:  May 3, 2021                                          */s/ per e-mail authorization*

                                                                MARCELO ILLARMO
                                                                Special Assistant U.S. Attorney
                                                                Attorney for Defendant

**ORDER**

The parties' stipulation is construed as a motion. ECF No. 21. For good cause shown, this motion is granted and plaintiff's time to file a motion for summary judgment brief is extended to May 6, 2021.

IT IS SO ORDERED.

Dated:  May 5, 2021                                 _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE